# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOTTIE POWELL ALFARO,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>AMERICAN INCOME LIFE INSURANCE COMPANY, et al.,<br><br>　　　　　　　　　　　Defendants. | CASE NO. 18cv2402-LAB (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 32]** |

The parties' joint motion to dismiss is **GRANTED**. Dkt. 32. This action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees. The clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: February 19, 2020

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge

- 1 -